### COSPER *v.* GOLD. (2)

---

This case is governed by the decision of the Court in Cosper **v.** Gold, **ante,** page 194.

No. 600. Patent Appeals. Submitted November 17, 1909. Decided December 7, 1909.

HEARING on an appeal from a decision of the Commissioner of Patents in an interference case. *Appeal dismissed.*

*Mr. Charles Neave* and *Mr. Robert N. Pierson* for the appellant.

*Mr. Otto R. Barnett* for the appellee.

Mr. Chief Justice SHEPARD delivered the opinion of the Court:

This is a branch of the main case No. 599, and presents a like question as to the right to appeal from an interlocutory order dissolving an interference. For the reasons given in No. 599 (*Cosper v. Gold,* ante, 194) the appeal must be dismissed.

It is so ordered, and that this decision be certified to the Commissioner of Patents. *Appeal dismissed.*